UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JOHNNIE R. McKNIGHT,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PEOPLEREADY, INC.,<br><br>　　　　　　　　Defendant. | Case No. 3:21-cv-30052-MGM |

**STIPULATION OF DISMISSAL**

The parties, through counsel, hereby stipulate that all claims in the above entitled action against Defendant PeopleReady, Inc., be dismissed, with prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF,<br>JOHNNIE R. MCKNIGHT, | DEFENDANT,<br>PEOPLEREADY, INC., |
| By his Attorney, | By Its Attorneys, |
| /s/ Raymond Dinsmore<br>Raymond Dinsmore (BBO#667340)<br>Hayber, McKenna & Dinsmore, LLC<br>One Monarch Place, Suite 1340<br>Springfield, MA 01144<br>(413) 785-1400<br>(860) 218-9555 (facsimile)<br>rdinsmore@hayberlawfirm.com | /s/ Jessica S. Jewell<br>Jessica S. Jewell (BBO#679489)<br>NIXON PEABODY LLP<br>One Citizens Plaza, Ste. 500<br>Providence, RI 02903<br>(401) 454-1000<br>(401) 454-1030 (facsimile)<br>jsjewell@nixonpeabody.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of March, 2022, I filed and served this document electronically through the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　/s/ Jessica S. Jewell